**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6865**

———————————

TERRY L. BRADLEY,

Plaintiff - Appellant,

versus

L. THOMPSON, Medical Doctor; DORIS ROGERS,
Warden's Secretary,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-565-AM)

———————————

Submitted:  August 24, 2000          Decided:  September 8, 2000

———————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terry L. Bradley, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry L. Bradley appeals the district court's order dismissing without prejudice Bradley's complaint alleging inadequate medical care. The court dismissed the complaint because Bradley failed to comply with a court order directing him to file a consent form authorizing withdrawal of funds from his trust fund under 28 U.S.C.A. § 1915(a), (b) (West. Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bradley v. Thompson, No. CA-00-565-AM (E.D. Va. June 13, 2000).[*] We deny the motion to order certain FBI agents to investigate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on June 2, 2000, the district court's records show that it was entered on the docket sheet on June 13, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).